IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-864 T
(Judge Carolyn N. Lerner)

ESTATE OF NEBIL OZGEN,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to the Court's March 21, 2023 Order (Doc. 45), which continued the previously-entered stay of this case. As explained in the prior joint status report, defendant has authorized an administrative resolution of this case. The IRS is continuing to process the overpayment due (with statutory interest), and once the IRS completes this, the parties will file a stipulation to dismiss the case.

In that light, the parties respectfully request that the Court continue its stay of this case pending this process, and further propose to submit a joint status report within another 60 days advising the Court of the progress on this (unless a stipulation of dismissal is filed before then). A proposed order is attached.

May 19, 2023                               Respectfully submitted,

                                                          The Law Office of Frederick M. Oberlander, P.C.
                                                          by /s/ Frederick M. Oberlander
                                                          Counsel for Plaintiff E/O Nebil Ozgen
                                                          43 West 43rd St., Ste. 133
                                                          New York, NY 10036

                                                          *s/ Steven M. Chasin*
                                                          STEVEN M. CHASIN
                                                          Trial Attorney
                                                         U.S. Department of Justice

-2-

Tax Division
Court of Federal Claims Section
PO Box 26
Washington, DC  20044
Phone:  (202) 514-2921; Fax:  (202) 514-9440
E-mail:  steven.m.chasin@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section

*s/ G. Robson Stewart*
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section

Attorneys for Defendant