# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-864 T
(Judge Carolyn N. Lerner)

ESTATE OF NEBIL OZGEN,

                                      Plaintiff,

v.

THE UNITED STATES,

                                      Defendant.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this case be dismissed with prejudice. Each party is to bear its own costs and fees, including any attorneys' fees.

July 7, 2023

Respectfully submitted,

*The Law Office of Frederick M. Oberlander, P.C.*
by /s/ Frederick M. Oberlander
Counsel for Plaintiff E/O Nebil Ozgen
43 West 43rd St., Ste. 133
New York, NY 10036
Attorney for plaintiff

*s/ Steven M. Chasin*
STEVEN M. CHASIN
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-2921 Fax: (202) 514-9440
Steven.m.chasin@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section
*s/ G. Robson Stewart*
Of Counsel

Attorneys for Defendant